# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA KENDRICK <br><br> Plaintiff(s) <br><br> v. <br><br> GRUBIR S. GREWAL <br><br> Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY <br> [Local Civil rule 6.1(b)] <br><br> Civil Action No. 1:21-cv-06231-RBK-AMD |

Application is hereby made for a Clerk's Order extending time within which defendant(s) John Polillo may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 03/31/2021 ; and
3. Time to Answer, Move or otherwise Reply expires on 04/21/2021 .

          s/Shawn C. Huber
          Attorney for Defendant(s)

          6 N. Broad Street
          Mailing Address

          Woodbury, NJ 08096
          City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

          WILLIAM T. WALSH, Clerk

          By:_____
                Deputy Clerk