Michele Gibson, Esq.
City Solicitor
Department of Law
**CITY OF BRIDGETON**
181 E. Commerce Street
Bridgeton, NJ 08302
(856) 451-3407, Option 4
gibsonm@cityofbridgeton.com
Attorney for Defendant, Michael Gaimari, in his official
Capacity as Chief of Police of the Bridgeton Police Department

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| SANDRA KENDRICK, CAROL KINKADE, NANCY MERRITT, BOB'S LITTLE SPORT SHOP, INC., ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., NEW JERSEY SECOND AMENDMENT SOCIETY, COALITION OF NEW JERSEY FIREARM OWNERS, FIREARMS POLICY COALITION, INC., *and* SECOND AMENDMENT FOUNDATION, <br><br> *Plaintiffs,* <br><br> *vs*. <br><br> GURBIR S. GREWAL, in his official capacity at Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, MICHAEL GAIMARI, in his official capacity as Chief of Police of the Bridgeton Police Department, RONALD A. CUNDEY, in his official capacity as Chief of Police of the Harrison Township Police Department, *and* JOHN POLILLO, in his official capacity as Chief of Police of the Glassboro Police Department, <br><br> *Defendants*. | C.A. No. 1:21-cv-06231-RBK-AMD <br><br> ***APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)*** <br><br> *(Electronically Filed)* |

1

Application is hereby made for a Clerk's Order extending time within which Defendant, Michael Gaimari, in his official capacity as Chief of Police of the Bridgeton Police Department, may answer, move, or otherwise reply to the Complaint filed by Plaintiffs Sandra Kendrick, Carol Kinkade, Nancy Merritt, Bob's Little Sport Shop, Inc., Association of New Jersey Rifle & Pistol Clubs, Inc., New Jersey Second Amendment Society, Coalition of New Jersey Firearm Owners, Firearms Policy Coalition, Inc., and Second Amendment Foundation, and it is represented:

1. Service of Process was effectuated on Defendant Michael Gaimari on April 2, 2021.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), said Defendant's time to answer, move, or otherwise reply to the Plaintiffs' Complaint expires on April 23, 2021; and

3. No previous extensions for said Defendant have been obtained pursuant to L. Civ. R. 6.1(b).

Accordingly, it is hereby requested that the time for said Defendant to respond to Plaintiffs' Complaint be extended to May 7, 2021 pursuant to L. Civ. R. 6.1(b).

        Respectfully submitted,

        **CITY OF BRIDGETON**

By: */s/ Michele Gibson*
      MICHELE GIBSON, ESQ.
      City Solicitor
      Attorney for Defendant,
      Michael Gaimari, in his official capacity as
      Chief of Police of the Bridgeton Police
      Department

DATED: <u>April 22, 2021</u>

**CERTIFICATION OF SERVICE**

I hereby certify that on this 22nd day of April, 2021, that the foregoing was filed electronically with the Clerk of the United States District Court, and served upon attorneys for plaintiffs via ECF Electronic filing.

CITY OF BRIDGETON

By: /s/ Michele Gibson
MICHELE GIBSON, ESQ.
City Solicitor
Attorney for Defendant,
Michael Gaimari, in his official capacity as
Chief of Police of the Bridgeton Police
Department

DATED:  April 22, 2021

## Order

The above application is GRANTED and the time for Defendant, Michael Gaimari, to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended until May 7, 2021.

WILLIAM T. WALSH, CLERK

BY: _____
Deputy Clerk