

**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**John C. Gillespie, Esquire**
Direct Fax: 856 489-6980
jgillespie@parkermccay.com

May 5, 2021

File No.: 30516-1

**VIA E-FILING**
The Honorable Ann Marie Donio, U.S. Magistrate
United States District Court
Mitchell H. Cohen Bldg & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

Re:   **Kendrick, et al v. Gurbir S. Grewal, et al**
      **Docket No. 21-cv-06231-RBK-AMD**

Dear Magistrate Donio:

This will serve to advise that our Firm has been retained to represent the Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department in the above-captioned matter.  Enclosed herewith is a Consent Order Extending Time to Answer, Move or Otherwise Respond which has been executed by counsel for the Plaintiffs.

If Your Honor finds the Order to be appropriately drafted, may I respectfully ask that you execute your signature upon same.

I thank Your Honor for your courtesies and attention to this matter, and should you have any questions whatsoever, please do not hesitate to contact me.

Respectfully submitted,

JOHN C. GILLESPIE

JCG:jth
Encl.
cc:   Daniel I. Schmutter, Esquire
      David Douglas Jensen, Esquire
      David H. Thompson, Esquire
      Peter A. Patterson, Esquire
      Joseph O. Masterman, Esquire
      Matthew J. Behr, Esquire
      Stephanie M. Mersch, DAG
      Michele Gibson, Esquire

4847-9092-4519, v. 1

**COUNSEL WHEN IT MATTERS.**ᔆᴹ

Mount Laurel, New Jersey | Lawrenceville, New Jersey | Atlantic City, New Jersey