File No. 30516-0001-JCG

**PARKER McCAY P.A.**
By: John C. Gillespie, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 596-8900
jgillespie@parkermccay.com

Attorneys for Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA KENDRICK, CAROL KINKADE, NANCY MERRITT, BOB'S LITTLE SPORT SHOP, INC., ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., NEW JERSEY SECOND AMENDMENT SOCIETY, COALITION OF NEW JERSEY FIREARM OWNERS, FIREARMS POLICY COALITION, and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police; MICHAEL GAIMARI, in his official capacity as Chief of Police of the Bridgeton Police Department, RONALD A. CUNDEY, in his official capacity as Chief of Police of the Harrison Township Police Department, and JOHN POLILLO, in his official capacity as Chief of Police of the Glassboro Police Department, <br><br> Defendants. | HONORABLE ROBERT B. KUGLER <br><br> CIVIL ACTION NO. 21-cv-06231-RMB-AMD <br><br><br> CIVIL ACTION |

## CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

Application being made by Parker McCay P.A., attorneys for Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department, for an Order Extending Time To Answer, Move or Otherwise Respond with respect to the Complaint filed herein, and Plaintiffs' attorneys having consented hereto, and for good cause shown;

**IT IS,** on this ___5th___ day of ___May___, 2021, **ORDERED** that:

1. Service of Process was effectuated on Defendant, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department, on March 31, 2021. Defendant's time to answer, move, or otherwise reply to the Plaintiffs' Complaint expired on April 21, 2021. Defendant requests an extension that leave be granted to Answer, Move or Otherwise Respond with respect to the Complaint filed herein, to **June 4, 2021**; and

2. Service of Process was effectuated on Defendant, John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department, on March 31, 2021. Defendant's time to answer, move, or otherwise reply to the Plaintiffs' Complaint expired on April 21, 2021; however, Defendant filed an Application for Clerk's Order Extending Time on April 14, 2021; said Application was granted and Defendant's Answer is currently due on May 5, 2021. Defendant, through newly substituted counsel, respectfully requests another extension be

2

granted to Answer, Move or Otherwise Respond with respect to the Complaint filed herein, to **June 4, 2021**.

SO ORDERED,

_____
The Honorable Ann Marie Donio, U.S. Magistrate

The parties hereby consent to the form and entry of the within Order.

**DAVID JENSEN PLLC**
33 Henry Street, Suite 420
Beacon, NY 12508
Attorney for Plaintiffs,
Sandra Kendrick, Carol Kinkade, Nancy Merrit, Bob's Little Sport Shop, Inc., Association of NJ Rifle & Pistol Clubs, Inc., New Jersey Second Amendment Society, Coalition of New Jersey Firearm Owners, Firearms Policy Coalition, Inc. and Second Amendment Foundation, Inc.

By: ___*s/David Douglas Jensen*___
　　　David Douglas Jensen, Esquire
　　　**(consent given to use eSignature)**

Dated: May 4, 2021

4851-2021-9880, v. 1

**PARKER McCAY P.A.**
Attorneys for Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department

By: _____
　　　John C. Gillespie, Esquire

Dated: May 4, 2021