

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

May 10, 2021

**VIA ECF**
The Honorable Ann Marie Donio, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, P.O. Box 2797
Camden, New Jersey 08101

    Re: <u>Kendrick, et al., v. Grewal, et al.</u>
        Civil Action 1:21-cv-06231-RBK-AMD

Dear Judge Donio:

    This office represents Defendants Gurbir S. Grewal and Patrick J. Callahan ("State Defendants") in the above matter. We respectfully request the court extend State Defendant's Time to Answer, Move, or Otherwise respond with respect to the Complaint filed herein to June 4, 2021.

    Service of Process was effectuated on March 31, 2021 on State Defendants. State Defendants were granted a clerk's order extending time to answer to May 5, 2021.

    Plaintiff's counsel, David Douglas Jensen, has graciously consented to State Defendant's request for a thirty-day extension of time to Answer, Move, or Otherwise respond. This would extend State Defendant's time to Answer, Move, or Otherwise respond to June 4, 2021.

    State Defendants therefore respectfully request that their time to Answer, Move, or Otherwise respond to the Complaint be extended to June 4, 2021.



May 10, 2021
Page 2

I thank Your Honor for your kind consideration of this submission.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/  Stephanie M. Mersch
    Stephanie M. Mersch
    Deputy Attorney General
    NJ Attorney ID: 303072019