UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   May 10, 2021

**JUDGE ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**TITLE OF CASE:**               **DOCKET NO.:** 21-6231 (RBK)

SANDRA KENDRICK, et al.
v

GURBIR S. GREWAL, et al.

**APPEARANCES:**
David Jensen, Esq., and Peter Patterson, Esq., for Plaintiffs
Daniel Schmutter, Esq., for Plaintiff Association of NJ Rifle & Pistol Clubs, Inc.
Joe Fanaroff, AAG, and Stephanie Mersch, DAG, for New Jersey State Defendants
Matthew Behr, Esq., for Defendant Michael Gaimari
John Gillespie, Esq., for Defendants Ronald Cundey and John Polillo

**NATURE OF PROCEEDINGS**:   TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephonic status conference held on the record.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 2:00p.m.     Time Adjourned: 2:10p.m.     Total Time in Court:   0:10