David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508
(212) 380-6615
david@djensenpllc.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA KENDRICK, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:21−CV−06231−RBK−AMD |
| GURBIR S. GREWAL, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF DISMISSAL AS TO
## DEFENDANT MICHAEL GAIMARI

The Plaintiffs, by their undersigned counsel, hereby notice the dismissal of Michael Gaimari, without prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated May 19, 2021

                                                    Respectfully submitted,

                                                     /s/ David D. Jensen
                                                    David D. Jensen
                                                    DAVID JENSEN PLLC
                                                    33 Henry Street
                                                    Beacon, New York 12508
                                                    (212) 380-6615
                                                    david@djensenpllc.com
                                                    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, the foregoing was filed electronically with the Clerk of the United States District Court, and served upon all parties in this action, using the CM/ECF system.

/s/ David D. Jensen
David D. Jensen

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE as to Defendant Michael Gaimari without costs to either side.

Dated: 5/20/2021                                     /s/ Robert B. Kugler
                                                                             ROBERT B. KUGLER
                                                                             United States District Judge