File No. 30516-0001-JCG

**PARKER McCAY P.A.**
**By:  John C. Gillespie, Esquire**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey  08054**
**(856) 596-8900**
**jgillespie@parkermccay.com**
Attorneys for Defendants, Ronald A. Cundey, in his official
capacity as Chief of Police of the Harrison Township Police
Department and John Polillo, in his official capacity as Chief
of Police of the Glassboro Police Department

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA KENDRICK, CAROL KINKADE, NANCY MERRITT, BOB'S LITTLE SPORT SHOP, INC., ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., NEW JERSEY SECOND AMENDMENT SOCIETY, COALITION OF NEW JERSEY FIREARM OWNERS, FIREARMS POLICY COALITION, and SECOND AMENDMENT FOUNDATION, INC.<br><br>        Plaintiffs,<br><br>            v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police; MICHAEL GAIMARI, in his official capacity as Chief of Police of the Bridgeton Police Department, RONALD A. CUNDEY, in his official capacity as Chief of Police of the Harrison Township Police Department, and | HONORABLE ROBERT B. KUGLER<br><br>CIVIL ACTION NO. 21-cv-06231-RMB-AMD<br><br><br>CIVIL ACTION |

JOHN POLILLO, in his official
capacity as Chief of Police
of the Glassboro Police
Department,

    Defendants.

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(b)(6) ON BEHALF OF DEFENDANTS, RONALD A.
CUNDEY, in his official capacity as Chief of Police of the
Harrison Township Police Department and JOHN POLILLO, in his
official capacity as Chief of Police of the Glassboro Police
Department**

TO:

| | |
|---|---|
| David Douglas Jensen, Esquire<br>David Jensen PLLC<br>33 Henry Street, Suite 420<br>Beacon, NY 12508<br>**Attorney for Plaintiffs**<br><br>and<br><br>David H. Thompson, Esquire<br>Peter A. Patterson, Esquire<br>Joseph O. Masterman, Esquire<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>*Pro Hac Vice* **Attorneys for Plaintiffs**<br><br>**Sandra Kendrick, Carol Kinkade, Nancy Merritt, Bob's Little Sport Shop, Inc., Association Of New Jersey Rifle & Pistol Clubs, Inc., New Jersey Second Amendment Society, Coalition Of New Jersey Firearm Owners, Firearms Policy Coalition, And Second Amendment Foundation, Inc.** | Daniel I. Schmutter, Esquire<br>Hartman & Winnicki, P.C.<br>74 Passaic Street<br>Ridgewood, NJ 07450<br><br>**Attorneys for Plaintiff, Association of NJ Rifle & Pistol Clubs, Inc.** |

**PLEASE TAKE NOTICE** that on **July 6, 2021**, at 9:00 a.m., or as soon thereafter as counsel for may be heard, the undersigned attorneys for Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department, will apply to the United States District Court of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, P. O. Box 2792, Camden, New Jersey, 08101, for an Order dismissing Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Attached hereto in support of this Motion to Dismiss, is the Brief and a proposed form of Order.

PARKER McCAY P.A.
Attorneys for Defendants,
Ronald A. Cundey, in his official
capacity as Chief of Police of the
Harrison Township Police Department and
John Polillo, in his official capacity
as Chief of Police of the Glassboro
Police Department

BY: _____
JOHN C. GILLESPIE, ESQUIRE

Dated:   June 3, 2021

3

I hereby certify that the original Notice of Motion and an original proposed form of Order were served and filed pursuant to the Federal Rules of Civil Procedure and the Local District Court Rules.

BY: _____

JOHN C. GILLESPIE, ESQUIRE

Dated:  June 3, 2021
4822-0246-6023, v. 1

4