GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants Gurbir S. Grewal and Patrick J. Callahan*

By:   STEPHANIE M. MERSCH
      Deputy Attorneys General
      (609) 376-2998

| | |
|---|---|
| SANDRA KENDRICK, et al.,<br><br>Plaintiffs,<br>v.<br><br>GURBIR S. GREWAL, et al.,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 1:21-cv-06231-RBK-AMD<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

PLEASE TAKE NOTICE that on June 4, 2021, the undersigned Gurbir S. Grewal, Attorney General of New Jersey, by Stephanie M. Mersch, Deputy Attorney General, as Attorney for Defendants, Gurbir S. Grewal and Patrick J. Callahan, shall move before the Hon. Robert B. Kugler, J.S.C., in the United States District Court for the District of New Jersey, for an Order dismissing Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants will rely on the brief, which is being filed simultaneously with this Notice of Motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, as provided by Fed. R. Civ. P. 78.

>	Respectfully Submitted,
>	    GUBRIR S. GREWAL
>	    ATTORNEY GENERAL OF NEW JERSEY
>
>	By: */s/Stephanie M. Mersch*
>
>	    Stephanie M. Mersch

Dated: June 4, 2021