**DAVID JENSEN PLLC**

BEACON ◊ MANHATTAN

33 HENRY STREET
BEACON, NEW YORK 12508

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK 10038

June 21, 2021

**<u>Via ECF</u>**
William T. Walsh
Clerk of the Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Kendrick, et al. v. Grewal, et al.*, No. 1:21-cv-06231

Dear Mr. Walsh:

      We represent the Plaintiffs in the above-captioned action. Pursuant to Local Civil Rule 7.1(d)(5), Plaintiffs respectfully adjourn the original motion day of July 6, 2021, set by Defendants' Motions to Dismiss, ECF Nos. 33 and 34. The originally noticed motion day has not previously been extended or adjourned. Plaintiffs respectfully submit that July 19, 2021, the next available motion day on the Court's calendar, serve as the new motion day for Defendants' motions. Under this schedule, Plaintiffs' response to Defendants' motions will be due on July 6, 2021.

      Respectfully submitted,

| | |
|---|---|
| Daniel L. Schmutter | /s/David C. Jensen |
| HARTMAN & WINNICKI, P.C. | DAVID JENSEN PLLC |
| 74 Passaic Street | 33 Henry Street |
| Ridgewood, New Jersey 07450 | Beacon, New York 12508 |
| (201) 967-8040 | (212) 380-6615 |
| (201) 967-0590 (fax) | (914) 591-1318 (fax) |
| dschmutter@hartmanwinnicki.com | david@djensenpllc.com |
| | |
| *Attorney for Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc.* | [Additional Names on Next Page] |

**DAVID JENSEN PLLC**
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

+ 1.212.380.6615 TEL
+ 1.917.591.1318 FAX
david@djensenpllc.com

# DAVID JENSEN PLLC

David H. Thompson*
Peter A. Patterson*
Joseph O. Masterman*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
jmasterman@cooperkirk.com

*Appearing pro hac vice

Attorneys for Plaintiffs