

**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**John C. Gillespie, Esquire**
Direct Fax: 856-489-6980
jgillespie@parkermccay.com

July 9, 2021

File No. 30516-1

**VIA E-FILING ONLY**
The Honorable Robert B. Kugler, U.S.D.C.J.
United States District Court
Mitchell H Cohen US Courthouse, Rm. 6040
1 John F. Gerry Plaza, P.O. Box 889
Camden, NJ 08101

    Re:    <u>Kendrick, et al v. Gurbir S. Grewal, et al</u>
              **Docket No. 21-cv-06231-RBK-AMD**

Dear Judge Kugler:

    Please be advised that this office represents Defendants, Ronald A. Cundey, in his official capacity as Chief of Police of the Harrison Township Police Department and John Polillo, in his official capacity as Chief of Police of the Glassboro Police Department, in the above-captioned matter. On May 12, we filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) originally returnable on July 6. On June 21, Plaintiffs requested an automatic extension [DOC #36], and a new return date was set for July 19, 2021.

    We would respectfully request a one-cycle extension to submit our Reply to recently filed Opposition, which is currently due on Monday, July 12, to **Monday, July 26, 2021**, and request the Motion return date be extended to August 2, 2021. All counsel have consented to this request.

    Thanking Your Honor for your kind courtesies, I remain,

Respectfully,

JOHN C. GILLESPIE

JCG/jth
cc:    David Douglas Jensen, Esquire
        Daniel I. Schmutter, Esquire
        David H. Thompson, Esquire
        Peter A. Patterson, Esquire
        Joseph O. Masterman, Esquire
        Joseph Fanaroff, Assistant Attorney General
        Stephanie M. Mersch, DAG