The Honorable Robert B. Kugler
United States District Court Judge
for the District of New Jersey
U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, New Jersey 08101

      Re:   <u>Kendrick, et al. v. Grewal, et al.</u>
            Docket No. 1:21-cv-06231

Dear Judge Kugler:

      This office represents Defendants Gurbir S. Grewal, Attorney General of New Jersey and Patrick J. Callahan, Superintendent of the New Jersey State Police (collectively, "Defendants") in the above referenced matter. We write with the consent of all counsel and pursuant to Local Civil Rule 7.1(d)(5). Defendants respectfully request a one cycle adjournment of the motion day from July 19, 2021 to August 2, 2021. Under this schedule, Defendants' reply to Plaintiffs' opposition to Defendants' Motion to Dismiss will be due on July 26, 2021.

                                        Respectfully Submitted,

                                        GURBIR S. GREWAL
                                        ATTORNEY GENERAL OF NEW JERSEY

                By:   <u>/s/ Stephanie M. Mersch</u>
                        Stephanie M. Mersch
                        Deputy Attorney General