

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

ANDREW J. BRUCK
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

August 18, 2021

Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, P.O. Box 2797
Camden, New Jersey 08101

    Re:  <u>Kendrick, et al. v. Grewal, et al.</u>
          Docket No. 1:21-cv-06231

Dear Judge Donio:

This office represents the Defendants Gurbir S. Grewal, Attorney General of the State of New Jersey and Colonel Patrick J. Callahan, Superintendent of the New Jersey State Police (collectively, "Defendants") in the above referenced matter. In response to an Order of this Court dated June 24, 2021, we advise the Court that the Defendants are governmental employees and thus, not subject to the disclosure provisions of Fed. R. Civ. P. 7.1.

Thank you for your attention to this matter.

                            Respectfully Submitted,

                            ANDREW J. BRUCK
                            ACTING ATTORNEY GENERAL OF NEW JERSEY

                        By:  <u>/s/ Stephanie M. Mersch</u>
                            Stephanie M. Mersch
                            Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*