UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                              Proceeding Date: April 12, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                          DOCKET NO. 21cv6231(NLH/AMD)
**Sandra Kendrick, et al**
    v.
**Andrew Bruck, et al**

**APPEARANCES:**
Peter Patterson, Esq. for plaintiffs
Daniel Schmutter, Esq. for plaintiff Association of New Jersey Rifle and Pistol Clubs, Inc.
Joseph Fanaroff, DAG and Matthew Lynch, DAG for defendants Bruck and Callahan
John Gillespie, Esq. for defendant Polillo

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Ordered status letter to be submitted by 4/14/2022.
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 11:37 a.m. Time Adjourned: 11:49 a.m. Total time: 12 mins.