PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

April 14, 2022

Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re:    <u>Kendrick, et al. v. Platkin, et al.</u>
             Docket No. 1:21-cv-06231

Dear Judge Donio:

    This office represents the State Defendants in the above-referenced matter. After speaking with Plaintiffs' counsel and counsel for Defendant Polillo, the parties have agreed to toll the time within which the defendants have to file a responsive pleading to Plaintiffs' amended complaint until thirty (30) days after the Supreme Court's issuance of its opinion in <u>New York State Rifle and Pistol Association v. Bruen</u>, No. 20-843.

    Thank you for your consideration.

               Respectfully Submitted,

               MATTHEW J. PLATKIN
               ACTING ATTORNEY GENERAL OF NEW JERSEY

               By:    <u>/s/ Matthew Lynch</u>
                       Matthew Lynch
                       Deputy Attorney General

