# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| SANDRA KENDRICK, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 21-6231 (NLH / AMD) |
| | ) | |
| MATTHEW J. PLATKIN, in his | ) | |
| official capacity as Acting Attorney | ) | |
| General of New Jersey, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## CONSENT ORDER

The Court having granted Plaintiffs leave to file an amended complaint and ordered Plaintiffs to file the amended complaint attached to their motion for leave to amend [D.I. 51]; the parties having jointly advised the Court of a development regarding Plaintiff Kendrick that necessitates changes to paragraphs 10, 56, and 58 of that amended complaint; the parties having jointly requested that the Court order Plaintiffs to omit from the amended complaint references to parties whom the Court previously dismissed from this action [D.I. 46], necessitating changes to the caption, Local Rule 10.1 Statement, introductory paragraph, and paragraphs 11, 12, 15, 22, and 56 of that amended complaint; and good cause appearing for the entry of the within Order:

IT IS on this __26_ **th** day of __April__ **2022**,

1

**ORDERED** that Plaintiffs shall file an amended complaint that reflects the above-referenced development regarding Plaintiff Kendrick and that omits any reference to previously dismissed parties, and it is further

**ORDERED** that Plaintiffs shall file the amended complaint in the form attached to the parties' letter within ten (10) days of entry of this Order and shall serve the amended complaint in accordance with the Federal Rules of Civil Procedure.

Date: April 26, 2022            s/ Noel L. Hillman
At Camden, New Jersey       NOEL L. HILLMAN, U.S.J.D.

cc:    Hon. Ann Marie Donio