IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDRA KENDRICK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW BRUCK, et al.,<br><br>　　　　　Defendants. | Civil No. 21-6231 (NLH/AMD) |

**ORDER OF ADMINISTRATIVE TERMINATION**

　　　　This matter comes before the Court by way of joint letter application [D.I. 52] to stay this matter pending a decision from the Supreme Court in *New York State Rifle and Pistol Association v. Bruen*, No. 20-843; and for good cause shown:

　　　　IT IS on this **23rd** day of **May 2022**,

　　　　**ORDERED** that this matter shall be, and is hereby, administratively terminated, without prejudice to any party's right to request that the matter be reopened for further proceedings.

　　　　　　　　　　　　　　　　　s/ Ann Marie Donio
　　　　　　　　　　　　　　　　　ANN MARIE DONIO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Noel L. Hillman