**DAVID JENSEN PLLC**

Beacon ◊ Manhattan

33 Henry Street
Beacon, New York 12508

111 John Street, Suite 420
New York, New York 10038

August 1, 2022

Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re:   <u>Kendrick, et al. v. Platkin, et al.</u>
            No. 1:21-cv-06231

Dear Judge Donio:

    With the consent of all parties, I write to confirm the closed status of this matter. The Court's Order of Administrative Termination stated that "this matter shall be, and is hereby, administratively terminated, without prejudice to any party's right to request that the matter be reopened for further proceedings." Doc. 58 at 1 (May 23, 2022). No party has requested to reopen the matter. Accordingly, and without prejudice to any party's right to request that the matter be reopened in the future, it is the parties' understanding that this case remains closed and that no further action is required of the parties or the Court at this time.

Dated August 1, 2022                   Respectfully submitted,

Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc.*

/s/David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508
(212) 380-6615
(914) 591-1318 (fax)
david@djensenpllc.com

[cont'd on next page]

**DAVID JENSEN PLLC**
Attorney and Counselor at Law
New York Professional Limited Liability Company
Admitted to Practice in New Jersey and New York

+1.212.380.6615 tel
+1.917.591.1318 fax
david@djensenpllc.com

**DAVID JENSEN** PLLC

David H. Thompson\*
Peter A. Patterson\*
Joseph O. Masterman\*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
jmasterman@cooperkirk.com

*Attorneys for Plaintiffs*

\*Appearing *pro hac vice*