David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508
(212) 380-6615
david@djensenpllc.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SANDRA KENDRICK, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No. 1:21−CV−06231−RBK−AMD |
| v. | ) | |
| | ) | |
| MATTHEW J. PLATKIN, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

### STIPULATION OF DISMISSAL

The Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate

and agree to the dismissal of this action, including all claims and crossclaims,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated December 15, 2022

Respectfully submitted,

 /s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiff Association of*
*New Jersey Rifle & Pistol Clubs, Inc.*

 /s/ David D. Jensen
David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508
(212) 380-6615
david@djensenpllc.com
*Attorney for Plaintiffs Sandra*
*Kendrick, Joseph Post, Bob's Little*
*Sport Shop, Inc., Association of New*
*Jersey Rifle & Pistol Clubs, Inc., New*
*Jersey Second Amendment Society,*
*Coalition of New Jersey Firearm*
*Owners, Firearms Policy Coalition,*
*Inc., and Second Amendment*
*Foundation*

 /s/ Tim Sheehan
Tim Sheehan
Special Assistant to the
Solicitor General
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112
tim.sheehan@njoag.gov
*Attorney for Defendants Matthew J.*
*Platkin and Patrick J. Callahan*

s/ John C. Gillespie
John C. Gillespie, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 596-8900
jgillespie@parkermccay.com
*Attorney for Defendant John Polillo*

/s/ Michael S. Nagurka
Michael S. Nagurka
ROTHSTEIN, MANDELL, STROHM,
HALM & CIPRIANI
98 East Water Street
Toms River, NJ 08753
mnagurka@rmshc.law
*Attorney for Defendant Mark Tinitigan*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, the foregoing was filed electronically with the Clerk of the United States District Court, and served upon all parties in this action, using the CM/ECF system.

 /s/ David D. Jensen
David D. Jensen